UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID PRICE and ERNANDO ASHOKA THOMAS,

    Plaintiffs,

-against-

MEDIASTREAM VIERTE FILM GMBH & CO. VERMARKSTUNGS KG,

    Defendant.

07 CV 5717
ECF Case

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs David Price and Ernando Ashoka Thomas hereby dismiss the above-referenced action with prejudice.

Dated: New York, New York
July 27, 2007

        DAVIS & GILBERT LLP.

        By: _____
        Guy R. Cohen (GC 2353)
        Shirin Keen (SK 6793)
        1740 Broadway
        New York, New York 10019
        (212) 468-4800

        Attorneys for Plaintiffs

SO ORDERED:

_____
9/10/07